UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Scura, Mealey, Wigfield & Heyer, LLP
John J. Scura, III
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
*Counsel to the Debtor*

FILED
JAMES J. WALDRON, CLERK
AUG 15 2012
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

KENNETH E. HASTINGS,

Debtor.

Chapter 13

Case NO. 10-26205

Hearing Date: July 10, 2012 at 10 a.m.

Hon. Chief Justice Judith H. Wizmur

## ORDER GRANTING RELEASE OF UNCLAIMED FUNDS TO BE PAID THROUGH CHAPTER 13 PLAN AS PER AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

Debtors: Kenneth E. Hastings
Case No.: 10-26205 (DHS)

Caption of Order: **Order Granting Release of Unclaimed Funds To Be Paid Through The Chapter 13 Plan As Per Amended Order Granting Supplemental Chapter 13 Fees**
Page 2 of 2

**THIS MATTER**, having been brought to the Court on motion by and through Debtor's Counsel, Scura, Mealey, Wigfield & Heyer, LLP, seeking an Order granting the release of unclaimed funds to be paid through the Chapter 13 Plan as per Amended Order Granting Supplemental Chapter 13 Fees; and the Court having considered the certification and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that the Debtor's Counsel, Scura, Mealey, Wigfield & Heyer, LLP, be granted release of unclaimed funds in the amount of $3,110.00 to be paid toward the Court approved fees.

**IT IS ORDERED** the aforementioned Court approved fees be paid through the Debtor's Chapter 13 Plan.

**IT IS FURTHER ORDERED** that the movant shall serve a copy of this order on the Debtor, any trustee, and any other party who entered an appearance on this motion.